# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2013

146533

LINDSEY R. GRAY,
      Plaintiff-Appellee,

v

GARY A. CHROSTOWSKI,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146533
COA: 303536
Genesee CC: 10-094302-NO

On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



Clerk

h0522